

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00301-CV

**IN RE ENVISION** Healthcare Holdings, Inc.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
                Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed: July 26, 2017

PETITION FOR WRIT OF MANDAMUS DISMISSED

Relator filed this petition for writ of mandamus on May 10, 2017. Relator has filed an agreed motion to dismiss the petition for writ of mandamus advising that the parties have reached an agreement fully resolving the dispute underlying this proceeding. Accordingly, this original mandamus proceeding is dismissed.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2015-CVZ003029 D3, styled *Candace S. Glazier vs. Envision Healthcare Holdings, Inc., d/b/a Emcare, Inc.*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.